**FILED**
July 2, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 07-0197-KJM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| EDITH MINER, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDITH MINER, Case No. MAG. 07-0197-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

___  Appearance Bond with Surety

_X_  Unsecured Appearance Bond

_X_  (Other) <u>Conditions as stated on the record</u>

___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 2, 2007</u> at <u>3:30 pm</u>

By _____
Edmund F. Brennan
United States Magistrate Judge