1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2      **1477 Drew Avenue, Suite 106**
       **Davis, California 95618**
3      **Telephone:      530.759.0700**
       **Facsimile:       530.759.0800**
4  **Attorney for Defendant**
   **EDITH MINER**
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

12 | UNITED STATES OF AMERICA,           ) Case No. 2:07-cr-00300-MCE
                                         )
13 |              Plaintiff,             )
                                         )
14 |     vs.                             ) STIPULATION AND ORDER TO
                                         ) CONTINUE STATUS CONFERENCE
15 | EDITH MINER,                        )
                                         )
16 |              Defendant.             )
                                         )
17

18       It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

19  AMERICA, through its counsel of record, Kyle Reardon, Assistant United States Attorney, and

20  defendant, EDITH MINOR, through his counsel of record, Joseph J. Wiseman, that the status

21  conference scheduled for September 27, 2007, at 9:00 a.m., be rescheduled to October 25, 2007,

22  at 9:00 a.m.

23       The parties further stipulate and agree that an additional continuance is appropriate in

24  this case and request that the time beginning September 27, 2007 and extending through

25  October 25, 2007, be ordered excluded from the calculation of time under the Speedy Trial Act.

26  The ends of justice will be served by the Court excluding such time, so that counsel for the

27  Defendant may have reasonable time necessary for effective preparation, taking into account the

28  exercise of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv).

STIPULATION AND ORDER TO CONTINUE STATUS                                          CR 07-300  MCE
CONFERENCE

1    Specifically, defense counsel needs additional time to review the plea agreement with
2 defendant. The parties submit that the interests of justice served by granting this continuance
3 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
4 3161(h)(8)(A).

6 Dated: September 25, 2007                    Respectfully submitted,

                                               JOSEPH J. WISEMAN, P. C.

                                               By:    /s/ Joseph J. Wiseman
                                                   JOSEPH J. WISEMAN
                                                   Attorney for Defendant
                                                   EDITH MINER

13 Dated: September 25, 2007                   McGREGOR W. SCOTT
                                               United States Attorney

                                               By:    /s/ Kyle Reardon
                                                   KYLE REARDON, AUSA
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing in the above-captioned case be continued to October 25, 2007 at 9:00 a.m. Time is excluded from the Speedy Trial Act provisions for the reasons stated above.

DATED: September 26, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE